Decided February 10, 1995

YANKEE REALTY CORPORATION *v.* NORTH HAVEN LANES, INC., ET AL.

*Kevin P. Walsh,* in support of the petition.

*Edward Wood Dunham* and *Eleanor S. DeVane,* in opposition.

Decided February 10, 1995

STATE OF CONNECTICUT *v.* DAVID GREEN

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 933 (AC 13438), is denied.

*Timothy C. Moynahan,* in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided February 10, 1995

AGNES-SUE ASSOCIATES ET AL. *v.* NICHOLAS L. CERINO

The plaintiffs' petition for certification for appeal from the Appellate Court, 36 Conn. App. 938 (AC 13038), is denied.